```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA ACOST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States, and DAVID STILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship and Immigration Services,<br><br>　　　　Defendants. | No. C 06-7627 CRB<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

　　Plaintiff, by and though her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

　　Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 06-7627 CRB

1  Date: February 2, 2007				Respectfully submitted,

2						KEVIN V. RYAN
						United States Attorney
3

4
						_____/s/_____
5						ILA C. DEISS
						Assistant United States Attorney
6						Attorneys for Defendants

7

8
						_____/s/_____
9  Date: February 2, 2007			FRANK P. SPROULS
						Attorney for Plaintiff
10

11

12

13					**ORDER**

14	Pursuant to stipulation, IT IS SO ORDERED.

15

16
    Date:  February 6, 2007			_____
17						CHARLES R.
						United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stipulation to Dismiss
C 06-7627 CRB				2